**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANDERSEN CORPORATION,

Plaintiff,

v.

FLAKEBOARD COMPANY LIMITED,

Defendant.

Civil 00-1474 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: June 22, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JUN 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Date: June 23, 2000 dl

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-01474 Andersen Corporation v. Flakeboard Co Ltd

DOCKET ENTRY

ORDER OF RECUSAL ( Judge John R. Tunheim / 6/22/00) Case reassigned to Judge David S. Doty per Patent List, Case referred to Magistrate John M. Mason (CASE NO. REMAINS THE SAME, BUT JUDGES INITIALS HAVE CHANGED - 00-1474DSD/JMM) 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL