# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ANDERSEN CORPORATION,**

**Plaintiff,**

**v.**

**FLAKEBOARD COMPANY LIMITED,**

**Defendant.**

**File No. 00-CV-1474 DSD/JMM**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the same may be, and it hereby is, dismissed on its merits with prejudice, but without costs or disbursements to any party.

The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss said action of record.

Dated: May 29, 2001

Daniel W. McDonald, #168580
Scott W. Johnston, #247558
**MERCHANT & GOULD P.C.**
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 332-5300

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**

MAY 31 2001

FILED ______
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 5-31-01
Deputy Clerk's Initials

Dated: May 30, 2001

Stephen J. Davidson, #21301
Amy R. Brosnahan, #293283
**LEONARD, STREET AND DEINARD**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

G. Franklin Rothwell
Elizabeth A. Leff
Robert H. Cameron
**ROTHWELL, FIGG, ERNST & MANBECK**
555 13th Street NW
Suite 701 East Tower
Washington, DC 20004
Telephone (202) 783-6040

**ATTORNEYS FOR DEFENDANT FLAKEBOARD COMPANY LIMITED**

**ORDER**

IT IS HEREBY ORDERED that the above-entitled action, and all claims and crossclaims that were or could have been asserted therein, be dismissed with prejudice and on the merits, without costs to any party.

DATED this 31st day of May, 2001.

BY THE COURT:

Judge of U.S. District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

2054501v1